# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RUDOLPH DEMPSEY, JR.,                          NO.   2019 CW 1077
ELIZABETH DEMPSEY GOODLOW
AND MILLIE HAMILTON HARRIS

VERSUS

AMOS HAMILTON                                  **AUGUST 23, 2019**

---

In Re:    Amos Hamilton, applying for supervisory writs, 23rd
          Judicial District Court, Parish of Ascension, No.
          96334.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

   **WRIT GRANTED WITH ORDER; STAY DENIED.**   We find that the
trial court abused its discretion in increasing the suspensive
appeal bond to $700,000.   Pursuant to La. Code Civ. P. art.
2124(B)(3), a trial court shall fix security "at an amount
sufficient to assure the satisfaction of the judgment, together
with damages for the delay resulting from the suspension of the
execution."   Plaintiffs, as the movers, introduced no evidence
or documentation regarding the amount of damages that they would
suffer resulting from suspension of the execution of the
judgment being appealed, and there was no evidence establishing
the sufficiency or insufficiency of the original bond amount.
See La Code Civ. P. arts. 963 and 5123.   However, we find that
the original suspensive appeal bond set at $1,000 was
insufficient and further find that the bond should be determined
by the interest plaintiffs could earn on the money realized by
any sale of property contemplated in the judgment suspensively
appealed.   **Palmisano v. Lake Forest Boulevard Med. Dev.,** 413
So.2d 913 (La. App. 4th Cir. 1982); **Ingolia v. Pique,** 139 So.2d
34 (La. App. 4th Cir. 1962).   Accordingly, the trial court's
July 26, 2019 judgment increasing the suspensive appeal bond in
this case to $700,000 is vacated, and the suspensive appeal bond
is hereby reduced to $130,635, which is the product of three-
fourths of the appraised value of the land ($2,177,250) and the
current judicial interest rate of 6% for a period of one year.
La.  R.S.  9:3500(B)(1);  La.  R.S.  13:4202(B).    Defendant  is
ordered to post the supplemental bond within four days,
exclusive of legal holidays, of the date of this court's action
in accordance with La. Code Civ. P. art. 5124.

                              TMH
                              AHP
                              WIL


COURT OF APPEAL, FIRST CIRCUIT


_____
  DEPUTY CLERK OF COURT
      FOR THE COURT